**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HENRY Y. KINDRED,

                Plaintiff(s),

v.

THOMAS BIRKETT,

                Defendant(s).
_____/

CASE NUMBER: 05-71553

HON. MARIANNE O. BATTANI

## JUDGMENT

Pursuant to an Opinion and Order entered in this case on this date, granting summary judgment for defendant in the above matter,

JUDGMENT is hereby entered for defendant and the above matter is DISMISSED.

Entered this 8TH Day of June, 2006, in Detroit, Michigan.

                s/Marianne O. Battani
                MARIANNE O. BATTANI
                UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF MAILING**

I certify that a copy of this order and judgment was served upon petitioner and counsel of record on this date by ordinary mail and/or electronic filing.

                s/Bernadette Thebolt
                Case Manager